# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5268**                    **September Term, 2024**

1:25-cv-01294-AHA

**Filed On:** July 25, 2025

Todd M. Harper, in his personal capacity and
in his official capacity as a Member of the
National Credit Union Administration Board
and Tanya F. Otsuka, in her personal
capacity and in her official capacity as a
Member of the National Credit Union
Administration Board,

      Appellees

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

    **BEFORE:**    Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, the Rule 28(j) letter, and the opposition to the request for an administrative stay, it is

**ORDERED** that the district court's summary judgment order, dated July 22, 2025, be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5268**                                     **September Term, 2024**

**FURTHER ORDERED** that appellees file a response to the emergency motion by August 4, 2025, and that appellants file any reply by August 11, 2025.

**<u>Per Curiam</u>**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

        BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk